IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

S.C.,                                    *

        Petitioner,                      *

vs.                                      *       CASE NO. 4:22-cv-159-CDL-MSH

Warden RUSSELL WASHBURN,                 *

        Respondent.                      *

_____

O R D E R

    This matter is before the Court pursuant to a Report and
Recommendation by the United States Magistrate Judge entered on
January 30, 2023. There was no objection to this Recommendation as
permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews
the Recommendation for clear error.  Finding no clear error, the
Court adopts the Recommendation of the Magistrate Judge and makes
it the order of this Court.

    IT IS SO ORDERED, this 15th day of March, 2023.

                                    S/Clay D. Land
                                    _____
                                    CLAY D. LAND
                                    U.S. DISTRICT COURT JUDGE
                                    MIDDLE DISTRICT OF GEORGIA